# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 30, 2018

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

     Re:   Donald J. Trump, President of the United States, et al.
            v. Hawaii, et al.,
            No. 17-965 (Your docket No. 17-17168)

Dear Clerk:

     Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                                  Sincerely,

                                                  SCOTT S. HARRIS, Clerk

                                                  By *[signature]*

                                                  Herve' Bocage
                                                  Judgments/Mandates Clerk

Enc.
cc:     All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 30, 2018

Mr. Noel J. Francisco, Esq.
Solicitor General
U. S. Department of Justice
950 Pennsylvania Avenue, N. W.
Washington, D. C. 20530-0001

    Re:   **Donald J. Trump, President of the United States, et al.
v. Hawaii, et al.,
No. 17-965**

Dear Mr. Francisco:

    Attached please find a certified copy of the judgment of this Court in the above-entitled case.

    The petitioners are given recovery of costs in this Court as follows:

    **Printing of record:   $3,279.24**

    This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By *[signature]*

Herve' Bocage
Judgments/Mandates Clerk

Enc.
cc:    All counsel of record
        Clerk, USCA Ninth Circuit
            (Your docket No. 17-17168)

# Supreme Court of the United States

No. 16-111

**DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES, ET AL.,**

Petitioners

v.

**HAWAII, ET AL.**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners Donald J. Trump, President of the United States, et al. recover from Hawaii, et al., Three Thousand Two Hundred and Seventy-nine Dollars and Twenty-four Cents ($3,279.24) for costs herein expended.

June 26, 2018

**Printing of record:** $3,279.24

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States